# CAVANAUGH & ASSOCIATES
300 South Ashland Avenue   Suite 207   Chicago, Illinois   60607   (312) 829-1463

STATEMENT TO:

CASE NUMBER: 3032          PAGE: 3

A7505 F5321

| SERVICE | POSTED | DESCRIPTION OF SERVICE | | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | Continued From Previous Page | | | | | |
| 06/19/2014 | 2014/06 | Preparation for Deposition | 1.00 | Hours @ | 370.00 | 370.00 | 5,783.63 |
| 06/19/2014 | 2014/06 | Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 395.00 | 790.00 | 6,573.63 |
| 06/20/2014 | 2014/06 | Meeting with Attorney | 2.00 | Hours @ | 370.00 | 740.00 | 7,313.63 |
| 06/20/2014 | 2014/06 | Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 395.00 | 790.00 | 8,103.63 |
| 06/23/2014 | 2014/06 | Deposition Cancelled One Hour Before Test | 1.00 | Hours @ | 800.00 | 800.00 | 8,903.63 |
| 07/01/2014 | 2014/07 | Professional Courtesy Discount | | | | 387.38- | 8,516.25 |
| 07/01/2014 | 2014/07 | Professional Courtesy Discount | | | | 56.75- | 8,459.50 |
| 07/01/2014 | 2014/07 | Payment on Account/DOJ 6/12/2014 Bank | | | | 1,135.00- | 7,324.50 |
| 07/21/2014 | 2014/07 | Preparation for Phone Conf. Dr. Cavanaugh | 1.00 | Hours @ | 395.00 | 395.00 | 7,719.50 |
| 08/01/2014 | 2014/08 | Payment on Account/DOB-Bank on 7/11/2014 | | | | 7,512.51- | 206.99 |
| 08/01/2014 | 2014/08 | Professional Courtesy Discount | | | | 206.99- | 0.00 |
| 08/02/2014 | 2014/08 | Preparation for Deposition -- Dr. Cavanaugh | 1.00 | Hours @ | 395.00 | 395.00 | 395.00 |
| 08/08/2014 | 2014/08 | Preparation for Deposition -- Dr. Cavanaugh | 3.00 | Hours @ | 395.00 | 1,185.00 | 1,580.00 |
| 08/11/2014 | 2014/08 | Preparation for Deposition | 3.50 | Hours @ | 370.00 | 1,295.00 | 2,875.00 |
| 08/12/2014 | 2014/08 | Preparation for Deposition -- Dr. Cavanaugh | 1.00 | Hours @ | 395.00 | 395.00 | 3,270.00 |
| 08/12/2014 | 2014/08 | Record Review | 1.50 | Hours @ | 370.00 | 555.00 | 3,825.00 |
| 08/13/2014 | 2014/08 | Preparation for Deposition -- Dr. Cavanaugh | 1.00 | Hours @ | 395.00 | 395.00 | 4,220.00 |
| 08/13/2014 | 2014/08 | Meeting with Attorney | 1.00 | Hours @ | 370.00 | 370.00 | 4,590.00 |
| 08/13/2014 | 2014/08 | Record Review | 1.00 | Hours @ | 370.00 | 370.00 | 4,960.00 |
| 08/14/2014 | 2014/08 | Preparation for Deposition -- Dr. Cavanaugh | 4.00 | Hours @ | 395.00 | 1,580.00 | 6,540.00 |
| 08/14/2014 | 2014/08 | Testimony at Deposition | 5.25 | Hours @ | 800.00 | 4,200.00 | 10,740.00 |
| 08/15/2014 | 2014/08 | Testimony at Deposition | 4.50 | Hours @ | 800.00 | 3,600.00 | 14,340.00 |
| 09/01/2014 | 2014/09 | Payment on Account DOJ (Bank on 8/20 | | | | 395.00- | 13,945.00 |
| 09/01/2014 | 2014/09 | Professional Courtesy Discount | | | | 19.75- | 13,925.25 |

Continued on Next Page...

Cavanaugh 02

# CAVANAUGH & ASSOCIATES
### 300 South Ashland Avenue   Suite 207   Chicago, Illinois   60607   (312) 829-1463

STATEMENT TO:

| | | CASE NUMBER: | PAGE: |
|---|---|---|---|
| | | 2845 | 5 |

A7844 F5633

| SERVICE | POSTED | DESCRIPTION OF SERVICE | | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | Continued From Previous Page... | | | | | |
| 01/13/2011 | 2011/01 | Repreparation f/ Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 2,460.00 |
| 01/17/2011 | 2011/01 | Repreparation f/Deposition -- Dr. Cavanaugh | 1.00 | Hours @ | 410.00 | 410.00 | 2,870.00 |
| 01/31/2011 | 2011/01 | Payment on Account-88185-Town of Cicero | | | | 5,888.00- | 3,018.00- |
| 03/29/2011 | 2011/03 | Record Review | 0.45 | Hours @ | 295.00 | 132.75 | 2,885.25- |
| 04/22/2011 | 2011/04 | Record Review | 0.75 | Hours @ | 365.00 | 273.75 | 2,611.50- |
| 05/05/2011 | 2011/05 | Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 1,791.50- |
| 05/06/2011 | 2011/05 | Re-Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 971.50- |
| 05/07/2011 | 2011/05 | Re-Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 151.50- |
| 05/09/2011 | 2011/05 | Re-Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 668.50 |
| 05/15/2011 | 2011/05 | Preparation for Meeting w/Atty.Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 1,488.50 |
| 05/16/2011 | 2011/05 | Preparation for Meeting w/Atty.Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 2,308.50 |
| 05/17/2011 | 2011/05 | Preparation for Deposition | 3.00 | Hours @ | 365.00 | 1,095.00 | 3,403.50 |
| 05/17/2011 | 2011/05 | Meeting with Attorney -- Dr. Cavanaugh | 1.50 | Hours @ | 410.00 | 615.00 | 4,018.50 |
| 05/18/2011 | 2011/05 | Payment on Account/5987-Kurtz | | | | 1,600.00- | 2,418.50 |
| 05/18/2011 | 2011/05 | Preparation for Deposition | 3.00 | Hours @ | 365.00 | 1,095.00 | 3,513.50 |
| 05/19/2011 | 2011/05 | Testimony at Deposition | 2.00 | Hours @ | 800.00 | 1,600.00 | 5,113.50 |
| 05/19/2011 | 2011/05 | Preparation for Deposition -- Dr. Cavanaugh | 3.00 | Hours @ | 410.00 | 1,230.00 | 6,343.50 |
| 05/19/2011 | 2011/05 | Testimony at Deposition | 2.00 | Hours @ | 800.00 | 1,600.00 | 7,943.50 |
| 05/31/2011 | 2011/05 | Payment on Account/5985-Kurtz | | | | 1,600.00- | 6,343.50 |
| 06/01/2011 | 2011/06 | Payment on Account/090694-Town of Cicero | | | | 6,026.32- | 317.18 |
| 06/01/2011 | 2011/06 | Professional Courtesy Discount | | | | 317.18- | 0.00 |
| 06/20/2011 | 2011/06 | Record Review-Dr.Cavanaugh | 0.50 | Hours @ | 410.00 | 205.00 | 205.00 |
| 08/11/2011 | 2011/08 | Payment on Account/91794-Town of Cicero | | | | 205.00- | 0.00 |
| 11/15/2011 | 2011/11 | Review Report-Dr. Cavanaugh | 1.00 | Hours @ | 410.00 | 410.00 | 410.00 |

Continued on Next Page...

# CAVANAUGH & ASSOCIATES
### 300 South Ashland Avenue  Suite 207  Chicago, Illinois  60607  (312) 829-1463

STATEMENT TO:

| | CASE NUMBER: | PAGE: |
|---|---|---|
| | 2955 | 2 |

A7314 F5535

| SERVICE | POSTED | DESCRIPTION OF SERVICE | | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | Continued From Previous Page... | | | | | |
| 11/02/2011 | 2011/11 | Record Review-Dr. Cavanaugh | 5.00 | Hours @ | 450.00 | 2,250.00 | 9,942.50 |
| 11/04/2011 | 2011/11 | Psychiatric Evaluation-Dr. Cavanaugh | 3.00 | Hours @ | 450.00 | 1,350.00 | 11,292.50 |
| 11/06/2011 | 2011/11 | Begin Report Preparation -- Dr. Cavanaugh | 4.00 | Hours @ | 450.00 | 1,800.00 | 13,092.50 |
| 11/07/2011 | 2011/11 | Completion of Report -- Dr. Cavanaugh | 4.00 | Hours @ | 450.00 | 1,800.00 | 14,892.50 |
| 11/16/2011 | 2011/11 | Payment on Account/38328-Att. | | | | 7,307.87 | 7,584.63 |
| 11/16/2011 | 2011/11 | Professional Courtesy Discount | | | | 384.60 | 7,200.03 |
| 12/15/2011 | 2011/12 | Payment on Account/38691-Att. | | | | 6,840.00 | 360.03 |
| 12/16/2011 | 2011/12 | Professional Courtesy Discount | | | | 360.00 | 0.03 |
| 12/19/2011 | 2012/01 | Professional Courtesy Discount | | | | 0.03 | 0.00 |
| 02/07/2012 | 2012/02 | Prep for Deposition/Record Reviews | 2.00 | Hours @ | 450.00 | 900.00 | 900.00 |
| 02/13/2012 | 2012/02 | Record Review | 3.00 | Hours @ | 370.00 | 1,110.00 | 2,010.00 |
| 02/14/2012 | 2012/02 | Preparation for Deposition | 4.50 | Hours @ | 370.00 | 1,665.00 | 3,675.00 |
| 02/15/2012 | 2012/02 | Meeting with Attorney | 1.50 | Hours @ | 370.00 | 555.00 | 4,230.00 |
| 02/17/2012 | 2012/02 | Testimony at Deposition | 2.50 | Hours @ | 800.00 | 2,000.00 | 6,230.00 |
| 03/06/2012 | 2012/03 | Record Review-Dr. Cavanaugh | 1.00 | Hours @ | 450.00 | 450.00 | 6,680.00 |
| 03/08/2012 | 2012/03 | Preparation for Meeting w/Atty-Dr. Cavanaugh | 3.00 | Hours @ | 450.00 | 1,350.00 | 8,030.00 |
| 03/09/2012 | 2012/03 | Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 450.00 | 900.00 | 8,930.00 |
| 03/12/2012 | 2012/03 | Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 450.00 | 900.00 | 9,830.00 |
| 03/13/2012 | 2012/03 | Meeting w/Att-Dr. Cavanaugh | 2.00 | Hours @ | 450.00 | 900.00 | 10,730.00 |
| 03/14/2012 | 2012/03 | Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 450.00 | 900.00 | 11,630.00 |
| 03/15/2012 | 2012/03 | Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 450.00 | 900.00 | 12,530.00 |
| 03/16/2012 | 2012/03 | Preparation for Deposition -- Dr. Cavanaugh | 1.00 | Hours @ | 450.00 | 450.00 | 12,980.00 |
| 03/16/2012 | 2012/03 | Testimony at Deposition | 3.50 | Hours @ | 800.00 | 2,800.00 | 15,780.00 |
| 03/17/2012 | 2012/03 | Payment on Account/39590-Attorney | | | | 5,918.50 | 9,861.50 |

# CAVANAUGH & ASSOCIATES
300 South Ashland Avenue   Suite 207   Chicago, Illinois   60607   (312) 829-1463

STATEMENT TO:

CASE NUMBER: 3023    PAGE: 3

A7314 F5535

| SERVICE | POSTED | DESCRIPTION OF SERVICE | | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | Continued From Previous Page... | | | | | |
| 01/13/2014 | 2014/01 | Payment on Account/46856-Attorney | | | | 2,655.25- | 1,719.75 |
| 01/13/2014 | 2014/01 | Professional Courtesy Discount | | | | 139.75- | 1,580.00 |
| 01/13/2014 | 2014/01 | Record Review-Dr. Cavanaugh | 2.00 | Hours @ | 395.00 | 790.00 | 2,370.00 |
| 02/18/2014 | 2014/02 | Payment on Account/47250-Attorney | | | | 2,251.50- | 118.50 |
| 02/18/2014 | 2014/02 | Professional Courtesy Discount | | | | 118.50- | 0.00 |
| 03/07/2014 | 2014/03 | Preparation for Trial | 3.00 | Hours @ | 395.00 | 1,185.00 | 1,185.00 |
| 03/11/2014 | 2014/03 | Preparation for Trial | 2.00 | Hours @ | 395.00 | 790.00 | 1,975.00 |
| 04/14/2014 | 2014/04 | Payment on Account/48168-Attorney | | | | 1,876.25- | 98.75 |
| 04/14/2014 | 2014/04 | Professional Courtesy Discount | | | | 98.75- | 0.00 |
| 04/21/2014 | 2014/04 | Preparation for Trial | 3.00 | Hours @ | 395.00 | 1,185.00 | 1,185.00 |
| 04/22/2014 | 2014/04 | Development of Exhibits-Dr. Cavanaugh | 1.00 | Hours @ | 395.00 | 395.00 | 1,580.00 |
| 04/24/2014 | 2014/04 | Preparation for Trial | 4.00 | Hours @ | 395.00 | 1,580.00 | 3,160.00 |
| 04/25/2014 | 2014/04 | Preparation for Trial | 4.00 | Hours @ | 395.00 | 1,580.00 | 4,740.00 |
| 04/27/2014 | 2014/04 | Preparation for Trial | 2.00 | Hours @ | 395.00 | 790.00 | 5,530.00 |
| 04/28/2014 | 2014/04 | Pre Trial Meeting with Attorneys | 2.50 | Hours @ | 395.00 | 987.50 | 6,517.50 |
| 04/29/2014 | 2014/04 | Preparation for Trial | 3.00 | Hours @ | 395.00 | 1,185.00 | 7,702.50 |
| 04/30/2014 | 2014/04 | Testimony at Trial | 1.00 | Hours @ | 800.00 | 800.00 | 8,502.50 |
| 05/13/2014 | 2014/05 | Payment on Account/48649-Attorney | | | | 8,077.37- | 425.13 |
| 05/13/2014 | 2014/05 | Professional Courtesy Discount | | | | 425.13- | 0.00 |
| 07/29/2015 | 2015/07 | Payment on Account/56400-Attorney | | | | 8,000.00- | 8,000.00- |
| 08/13/2015 | 2015/08 | Record Review | 4.50 | Hours @ | 295.00 | 1,327.50 | 6,672.50- |

Please call Janice Blaney at (312) 829-1463 regarding billing information.    CREDIT BALANCE

Cavanaugh 05

# CAVANAUGH & ASSOCIATES
300 South Ashland Avenue   Suite 207   Chicago, Illinois   60607   (312) 829-1463

STATEMENT TO:

CASE NUMBER: 2757         PAGE: 2

A7678 F5363

| SERVICE | POSTED | DESCRIPTION OF SERVICE | | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | Continued From Previous Page... | | | | | |
| 06/25/2007 | 2007/06 | Cancelled late for Appt.- Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 6,835.00 |
| 06/25/2007 | 2007/06 | Record Review- Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 7,655.00 |
| 07/19/2007 | 2007/07 | Record Review- Dr. Cavanaugh | 3.00 | Hours @ | 410.00 | 1,230.00 | 8,885.00 |
| 07/19/2007 | 2007/07 | Psychiatric Evaluation- Dr. Cavanaugh | 3.00 | Hours @ | 410.00 | 1,230.00 | 10,115.00 |
| 07/20/2007 | 2007/07 | Report Preparation -- Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 10,935.00 |
| 07/23/2007 | 2007/07 | Working on Report -- Dr. Cavanaugh | 4.00 | Hours @ | 410.00 | 1,640.00 | 12,575.00 |
| 07/24/2007 | 2007/07 | Finish Report -- Dr. Cavanaugh | 3.00 | Hours @ | 410.00 | 1,230.00 | 13,805.00 |
| 07/27/2007 | 2007/07 | Record Review- Dr. Cavanaugh | 1.00 | Hours @ | 410.00 | 410.00 | 14,215.00 |
| 07/29/2007 | 2007/07 | Record Review | 1.50 | Hours @ | 350.00 | 525.00 | 14,740.00 |
| 07/31/2007 | 2007/07 | Payment on Account/33179-Attorney | | | | 7,394.75- | 7,345.25 |
| 07/31/2007 | 2007/07 | Professional Courtesy Discount | | | | 260.25- | 7,085.00 |
| 08/02/2007 | 2007/08 | Preparation for Deposition -- Dr. Cavanaugh | 1.00 | Hours @ | 410.00 | 410.00 | 7,495.00 |
| 08/06/2007 | 2007/08 | Prep for Deposition/Phone Conf w/Att | 2.00 | Hours @ | 410.00 | 820.00 | 8,315.00 |
| 08/07/2007 | 2007/08 | Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 9,135.00 |
| 08/07/2007 | 2007/08 | Telephone Conference with Attorney | 1.00 | Hours @ | 410.00 | 410.00 | 9,545.00 |
| 08/08/2007 | 2007/08 | Payment on Account/7632-City of Harvey | | | | 4,966.25- | 4,578.75 |
| 08/08/2007 | 2007/08 | Professional Courtesy Discount | | | | 354.25- | 4,224.50 |
| 08/10/2007 | 2007/08 | Preparation for Deposition -- Dr. Cavanaugh | 2.00 | Hours @ | 410.00 | 820.00 | 5,044.50 |
| 08/15/2007 | 2007/08 | Record Review- Dr. Cavanaugh | 1.00 | Hours @ | 410.00 | 410.00 | 5,454.50 |
| 08/15/2007 | 2007/08 | Telephone Conference with Attorney | 1.00 | Hours @ | 410.00 | 410.00 | 5,864.50 |
| 08/16/2007 | 2007/08 | Preparation for Deposition -- Dr. Cavanaugh | 4.00 | Hours @ | 410.00 | 1,640.00 | 7,504.50 |
| 08/16/2007 | 2007/08 | Testimony at Deposition | 3.00 | Hours @ | 800.00 ✓ | 2,400.00 | 9,904.50 |
| 01/16/2008 | 2008/01 | Payment on Account/8141-City of Harvey | | | | 9,904.50- | 0.00 |

Please call Janice Blaney at (312) 829-1463 regarding billing information.

BALANCE DUE: Cavanaugh006

# CAVANAUGH & ASSOCIATES
300 South Ashland Avenue   Suite 207   Chicago, Illinois   60607   (312) 829-1463

STATEMENT TO:

CASE NUMBER: 2946

PAGE: 3

A1272 F1245

| SERVICE | POSTED | DESCRIPTION OF SERVICE | | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | Continued From Previous Page... | | | | | |
| 03/05/2013 | 2013/03 | Record Review | 2.00 | Hours @ | 370.00 | 740.00 | 740.00 |
| 03/22/2013 | 2013/03 | Record Review | 1.00 | Hours @ | 370.00 | 370.00 | 1,110.00 |
| 04/16/2013 | 2013/04 | Meeting with Attorney-Dr. Rothke | 1.00 | Hours @ | 370.00 | 370.00 | 1,480.00 |
| 04/16/2013 | 2013/04 | Testimony at Deposition | 3.50 | Hours @ | 800.00 | 2,800.00 | 4,280.00 |
| 04/16/2013 | 2013/04 | Response to Deposition Prod.Requestv | 0.50 | Hours @ | 370.00 | 185.00 | 4,465.00 |
| 05/02/2013 | 2013/05 | Preparation for Deposition | 4.50 | Hours @ | 425.00 | 1,912.50 | 6,377.50 |
| 05/05/2013 | 2013/05 | Preparation for Deposition | 2.00 | Hours @ | 425.00 | 850.00 | 7,227.50 |
| 05/06/2013 | 2013/05 | Preparation for Meeting w/Atty-Dr. Cavanaugh | 2.00 | Hours @ | 425.00 | 850.00 | 8,077.50 |
| 05/07/2013 | 2013/05 | Preparation for Meeting w/Atty-Dr. Cavanaugh | 1.00 | Hours @ | 425.00 | 425.00 | 8,502.50 |
| 05/07/2013 | 2013/05 | Meeting with Attorney -- Dr. Cavanaugh | 2.00 | Hours @ | 425.00 | 850.00 | 9,352.50 |
| 05/09/2013 | 2013/05 | Preparation for Deposition -- Dr. Cavanaugh | 3.00 | Hours @ | 425.00 | 1,275.00 | 10,627.50 |
| 05/10/2013 | 2013/05 | Testimony at Deposition | 3.00 | Hours @ | 800.00 | 2,400.00 | 13,027.50 |
| 05/16/2013 | 2013/05 | Payment on Account/157074-Att.1 | | | | 4,297.25- | 8,730.25 |
| 05/16/2013 | 2013/05 | Professional Courtesy Discount | | | | 167.75- | 8,562.50 |
| 07/30/2013 | 2013/07 | Payment on Account/157982-Attorney | | | | 8,562.50- | 0.00 |
| 07/02/2014 | 2014/07 | Record Review-Dr. Cavanaugh | 1.00 | Hours @ | 425.00 | 425.00 | 425.00 |
| 07/10/2014 | 2014/07 | Record Review-Dr. Cavanaugh | 1.00 | Hours @ | 425.00 | 425.00 | 850.00 |
| 07/14/2014 | 2014/07 | Record Review-Dr. Cavanaugh | 1.00 | Hours @ | 425.00 | 425.00 | 1,275.00 |
| 07/17/2014 | 2014/07 | Record Review-Dr. Cavanaugh | 3.00 | Hours @ | 425.00 | 1,275.00 | 2,550.00 |
| 10/20/2014 | 2014/10 | Payment on Account/164119-Attorney | | | | 2,550.00- | 0.00 |
| 10/23/2014 | 2014/10 | Preparation for Trial | 2.00 | Hours @ | 425.00 | 850.00 | 850.00 |
| 12/08/2014 | 2014/12 | Payment on Account/169970-Attorny | | | | 807.50- | 42.50 |
| 12/08/2014 | 2014/12 | Professional Courtesy Discount | | | | 42.50- | 0.00 |
| 01/30/2015 | 2015/01 | Preparation for Trial | 2.00 | Hours @ | 425.00 | 850.00 | 850.00 |

# CAVANAUGH & ASSOCIATES
300 South Ashland Avenue   Suite 207   Chicago, Illinois   60607   (312) 829-1463

STATEMENT TO:

CASE NUMBER: 2946

PAGE: 4

A1272 F1245

| SERVICE | POSTED | DESCRIPTION OF SERVICE | | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | Continued From Previous Page... | | | | | |
| 02/19/2015 | 2015/02 | Preparation for Trial -- Dr. Cavanaugh | 1.00 | Hours @ | 425.00 | 425.00 | 1,275.00 |
| 02/24/2015 | 2015/02 | Preparation for Trial -- Dr. Cavanaugh | 1.00 | Hours @ | 425.00 | 425.00 | 1,700.00 |
| 02/25/2015 | 2015/02 | Preparation for Trial -- Dr. Cavanaugh | 2.00 | Hours @ | 425.00 | 850.00 | 2,550.00 |
| 02/26/2015 | 2015/02 | Preparation for Trial -- Dr. Cavanaugh | 2.00 | Hours @ | 425.00 | 850.00 | 3,400.00 |
| 02/27/2015 | 2015/02 | Pretrial Preparation Dr. Cavanaugh | 2.00 | Hours @ | 425.00 | 850.00 | 4,250.00 |
| 02/27/2015 | 2015/02 | Meeting with Attorney -- Dr. Cavanaugh | 2.00 | Hours @ | 425.00 | 850.00 | 5,100.00 |
| 03/03/2015 | 2015/03 | Preparation for Trial | 1.00 | Hours @ | 425.00 | 425.00 | 5,525.00 |
| 03/04/2015 | 2015/03 | Preparation for Trial | 3.00 | Hours @ | 425.00 | 1,275.00 | 6,800.00 |
| 03/05/2015 | 2015/03 | Preparation for Trial | 3.00 | Hours @ | 425.00 | 1,275.00 | 8,075.00 |
| 03/06/2015 | 2015/03 | Preparation for Trial | 2.00 | Hours @ | 425.00 | 850.00 | 8,925.00 |
| 03/09/2015 | 2015/03 | Preparation for Trial | 1.00 | Hours @ | 425.00 | 425.00 | 9,350.00 |
| 03/10/2015 | 2015/03 | Preparation for Trial | 2.00 | Hours @ | 425.00 | 850.00 | 10,200.00 |
| 03/11/2015 | 2015/03 | Preparation for Trial-Testimony | 2.00 | Hours @ | 425.00 | 850.00 | 11,050.00 |
| 03/11/2015 | 2015/03 | Testimony at Trial | 2.50 | Hours @ | 800.00 | 2,000.00 | 13,050.00 |
| 03/30/2015 | 2015/03 | Professional Courtesy Discount | | | | 212.50- | 12,837.50 |
| 03/31/2015 | 2015/03 | Professional Courtesy Discount | | | | 4,887.50- | 7,950.00 |
| 05/08/2015 | 2015/05 | Payment on Account Attorney | | | | 7,702.50- | 247.50 |
| 05/08/2015 | 2015/05 | Professional Courtesy Discount | | | | 397.50- | 150.00 |

Please call Janice Blaney at (312) 829-1463 regarding billing information.          CREDIT BALANCE